U.S. DISTRICT COURT OF THE SOUTHERN DISTRICT
SOUTHERN DISTRICT

CALVERT HIBBERT

*vs*

THE CITY OF NEW YORK, ET AL

*Plaintiff*

*Defendant*

N
INDEX #: 18 CV 1649
DATE FILED: 07/18/2018
Job #: 107466
Court Date:
Clients File #:
ROOM #:
PART:

JOHN P. GRILL, P.C.
229 NIMHAM RD
CARMEL, NY 10512

STATE OF NEW YORK: COUNTY OF NASSAU     SS:

**AFFIDAVIT OF SUITABLE SERVICE**

Howard Kwastel, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **7/28/2018** at **9:44 AM** at **NYPD, 47TH PRECINCT: 4111 LACONIA AVE, BRONX, NY 10466** deponent served the within **SUMMONS IN A CIVIL ACTION/AMENDED COMPLAINT/INDEX# & DATE FILED** on **DETECTIVE WILLIAMS, SHIELD#: 5408** therein named defendant.

After your deponent was unable with due diligence to serve the recipient by personal delivery, service was made by delivering a true copy thereof to and leaving with **P.O. CASTILLO, SHIELD NO: 13913, Business Associate**, a person of suitable age and discretion at  NYPD, 47TH PRECINCT: 4111 LACONIA AVE, BRONX, NY 10466 said premises being the recipient's usual place of business within the State of New York.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 36 - 50 Yrs., **Approx Weight**: 100-130 Lbs., **Approx Height**: 5'0" - 5'3", **Sex**: Female, **Skin**: White, **Hair**: Black **Glasses**: No
**Other**:

Deponent completed service by depositing a copy of the SUMMONS IN A CIVIL ACTION/AMENDED COMPLAINT/INDEX# & DATE FILED on 8/3/2018 in a postpaid, properly addressed envelope by first class mail, bearing the legend Personal & Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Mailing was made to NYPD, 47TH PRECINCT: 4111 LACONIA AVE, BRONX, NY 10466

Spoke w/ P.O. CASTILLO, SHIELD NO: 13913 who confirmed defendants nonmilitary status.
Deponent spoke to and confirmed the above address of the defendant and asked whether defendant was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone the military and received a negative reply. Furthermore, according to the person spoken to , defendant was known to wear ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that defendant is not in the military service of New York State or of  the United States as that term is defined in either the state or federal statutes.

Sworn to before me on
8/3/18

DENNIS MARTIN
Notary Public, State of New York
No. 01MA6234284
Qualified in Nassau County
Commission Expires Jan. 18, 2019

Howard Kwastel
0940927

Interboro Attorney Service, 2132 Wantagh Avenue, Wantagh, NY 11793