```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-1-18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CALVERT HIBBERT,

                                          Plaintiff,

              -against-

THE CITY OF NEW YORK, and POLICE OFFICERS and
POLICE OFFICERS MICHAEL WHELAN, Shield No.
027703, DET. WILLIAMS, Shield No. 5408 and PO
LAMBROS, Shield No. 11762 and PO ZEITUN, Shield No.
3552,

                                          Defendants.

-------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

18 Civ. 01649 (LAK)
(BCM)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       9/25, 2018

LAW OFFICES OF JOHN P. GRILL, PC
*Attorney for Plaintiff*
225 Nimham Road
Camel, New York 10512
917-601-5507

By: _____
    John P. Grill
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Lambros, Whelan, Williams, and Zeitoun*
100 Church Street
New York, New York 10007

By: _____
    Christopher D. DeLuca
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

Dated: 9/30, 2018

2